FILED

14 NOV 12 PM 3:09

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

SEALED

**CASE UNSEALED PER ORDER OF COURT**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2014 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '14 CR 3296 BEN |
| Plaintiff, | |
| | I N D I C T M E N T |
| v. | |
| | Title 21, U.S.C., Sec. 841(a)(1) - |
| JOSE MANUEL CASTRO, | Distribution of a Controlled |
| aka Chile, | Substance; Title 21, U.S.C., |
| | Sec. 853 - Criminal Forfeiture |
| Defendant. | |

The grand jury charges:

<u>Count 1</u>

**DISTRIBUTION OF A CONTROLLED SUBSTANCE**

On or about February 28, 2012, within the Southern District of California, defendant JOSE MANUEL CASTRO, aka Chile, did knowingly and intentionally distribute methamphetamine 5 grams and more, to wit: approximately 12.5 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//

MFK:nlv:San Diego
11/12/14

1

## Count 2

### DISTRIBUTION OF A CONTROLLED SUBSTANCE

On or about April 6, 2012, within the Southern District of California, defendant JOSE MANUEL CASTRO, aka Chile, did knowingly and intentionally distribute methamphetamine 50 grams and more, to wit: approximately 111 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## Count 3

### DISTRIBUTION OF A CONTROLLED SUBSTANCE

On or about June 28, 2012, within the Southern District of California, defendant JOSE MANUEL CASTRO, aka Chile, did knowingly and intentionally distribute methamphetamine 5 grams and more, to wit: approximately 22.2 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## Count 4

### DISTRIBUTION OF A CONTROLLED SUBSTANCE

On or about August 3, 2012, within the Southern District of California, defendant JOSE MANUEL CASTRO, aka Chile, did knowingly and intentionally distribute methamphetamine 5 grams and more, to wit: approximately 24.9 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//
//
//
//

## FORFEITURE ALLEGATION

1.   The allegation contained in Counts 1 through 4 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.   As a result of the commission of the felony offenses alleged in this indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant JOSE MANUEL CASTRO, aka Chile, shall, upon conviction, forfeit to the United States all his rights, title and interest in any and all property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this indictment including but not limited to, a Mercedes sedan, a Lincoln Navigator, and $4,950.00 in U.S. currency.

3.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant -

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred or sold to, or deposited with, a third party;

(c)   has been placed beyond the jurisdiction of the Court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property which cannot be subdivided without difficulty;

//

//

1  it is the intent of the United States, pursuant to Title 21, United

2  States Code, Section 853(p), to seek forfeiture of any other property

3  of the defendant up to the value of the said property listed above as

4  being subject to forfeiture.

5  All in violation of Title 21, United States Code, Section 853.

6       DATED:   November 12, 2014.

7                                          A TRUE BILL:

8

9                                          _____
                                           Foreperson

10 LAURA E. DUFFY
   United States Attorney
11

12

13 By: _____
        MICHAEL F. KAPLAN
14      Assistant U.S. Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    4